Case No.: 08-00032

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In Re: AUGUST V. GURENO                          Case No.: 08-00032
      STEPHANIE S. GURENO

                                   Chapter 13

Property Address: 1024 Lakestone Lane, Aurora, IL 60504

                                   Judge: Donald R. Cassling

Last four digits of any number you use
to identify the debtor's account: 5468
Court Claim No. (if known) N/A

### STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**BANK OF AMERICA, N.A.**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated 1/18/2013 and filed as Docket No. 61

### Pre-Petition Default Payments

Applicable Option is checked

■  Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's
    claim.

☐  Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's
    claim and states that the total amount due to cure pre-petition arrears is:

| Total Amount Due: | **$ 0.00** |
|---|---|

    Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized amount of
    the pre-petition amounts that remain unpaid as of the date of this statement.

Case No.: 08-00032

# UNITED STATES BANKRUPTCY COURT

## Post-Petition Default Payments

Applicable option is check

■ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☐ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

| Total Amount Due: | **$0.00** |
|---|---|

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, Including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice.  In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor                    ■ I am the Creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

___/s/___Heather D. Bock_____          02/07/2013
            Heather D. Bock                                   Date

Agent for Creditor
McCalla Raymer, LLC
Six Concourse Parkway, Suite 3200
Atlanta, GA 30328
(678) 281-6500

Case No.: 08-00032

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF system at the e-mail address registered with the Court on this 7th day of February, 2013

| Chapter 13 Trustee: | Glenn B. Stearns, Trustee<br>Via Electronic Service |
| --- | --- |
| Debtor's Counsel: | Lincoln M. King, Esq.<br>Via Electronic Service |
| Debtor: | August V. Gureno<br>Stephanie S. Gureno<br>1024 Lakestone Lane<br>Aurora, IL 60504 |

/s/ Heather D. Bock
Heather D. Bock