IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AUGUST V GURENO & STEPHANIE S GURENO )<br>    aka AUGIE GURENO )<br>)<br>THE BANK OF NEW YORK MELLON FKA THE BANK )<br>OF NEW YORK, AS TRUSTEE FOR THE )<br>CERTIFICATEHOLDERS OF CWALT, INC., )<br>ALTERNATIVE LOAN TRUST 2005-57CB, MORTGAGE )<br>PASS-THROUGH CERTIFICATES, SERIES 2005-57CB,)<br>        Creditor, )<br>)<br>  vs. )<br>)<br>AUGUST V GURENO & STEPHANIE S GURENO aka )<br>AUGIE GURENO,  Debtor )<br>) | CASE NO. 08B00032<br>JUDGE DONALD R. CASSLING |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-57CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-57CB, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The following is an itemization of fees and costs due on the loan as of February 6, 2013.

**The Loan is Current**

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-57CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-57CB rights to collect these amounts will remain unaffected.

Respectfully Submitted,
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-57CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-57CB

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: AUGUST V GURENO & STEPHANIE S GURENO )
     aka AUGIE GURENO                          )
                                                )
THE BANK OF NEW YORK MELLON FKA THE BANK        )
OF NEW YORK, AS TRUSTEE FOR THE                 )
CERTIFICATEHOLDERS OF CWALT, INC.,              )
ALTERNATIVE LOAN TRUST 2005-57CB, MORTGAGE      )
PASS-THROUGH CERTIFICATES, SERIES 2005-57CB,    )
        Creditor,                              )
   vs.                                          ) CASE NO. 08B00032
                                                ) JUDGE DONALD R. CASSLING
AUGUST V GURENO & STEPHANIE S GURENO aka        )
AUGIE GURENO, Debtor                            )

## CERTIFICATE OF SERVICE

TO:  SEE ATTACHED ADDRESSES

### CERTIFICATION

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on February 7, 2013 with proper postage prepaid.

                                               /s/Christopher M. Brown
                                             ARDC#6271138

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT**  Pierce and Associates,
**TO COLLECT A DEBT AND ANY**           1 North Dearborn
**INFORMATION OBTAINED WILL BE USED**   13th Floor
**FOR THAT PURPOSE\*\*\***                  Chicago, IL 60602

**SERVICE LIST**

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice though ECF**

To Debtor:
AUGUST V GURENO & STEPHANIE S GURENO
aka AUGIE GURENO
1024 Lakestone Lane
Aurora, IL 60504
**by U.S. Mail**

To Attorney:
Lincoln M King
Ruddy, Milroy & King, LLC
2631 Ginger Woods Parkway Suite 101
Aurora, IL 60502
**by Electronic Notice though ECF**

PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North Dearborn, Suite 1300
Chicago, Illinois 60602
(312) 346-9088

PA13-0573